# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JIM MALOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-0471-CV-W-FJG |
| | ) |
| CITY OF KANSAS CITY DEPARTMENTS, et al. | ) |
| | ) |
| Defendants. | ) |

# ORDER

On July 14, 2006, this Court entered an Order denying plaintiff's Motion to proceed in forma pauperis and denying plaintiff's Motion to oversee his state case (Doc. # 4). On July 17, 2006, plaintiff filed a Motion to move this Case to St. Louis for the Chief Judge to review the Order entered by this Court on July 14, 2006. Plaintiff makes reference to federal flood related legislation and also to a resolution passed by the City of Kansas City. Plaintiff then also states that when he was relocated to his current address that the City did not ask him for either a city or state license. It appears that plaintiff is asking this Court to reconsider the Order issued on July 14, 2006. The Court finds no basis to review or revise the Order issued on July 14, 2006. If plaintiff disagrees with the ruling issued by this Court he may appeal this Court's ruling to the United States Court of Appeals for the Eighth Circuit. Accordingly, plaintiff's Motion to Review (Doc. # 5) is hereby **DENIED**.

Date: July 20, 2006　　　　　　　　　　**S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge